IN THE CIRCUIT COURT OF BUCHANAN COUNTY, MISSOURI

| | | |
|---|---|---|
| **MARY MONTGOMERY,** | ) | |
| 3719 Penn Street | ) | |
| St. Joseph, MO 64507 | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | Division |
| v. | ) | |
| | ) | |
| **CITY OF SAINT JOSEPH, MISSOURI,** | ) | |
| Serve City Attorney | ) | |
| Bryan Carter | ) | |
| 1100 Frederick Ave. | ) | |
| Room 307 | ) | |
| St. Joseph, MO 64501 | ) | |
| | ) | |
| Defendant. | ) | |

## PETITION

Plaintiff Mary Montgomery states as follows for her causes of action against Defendant City of Saint Joseph, Missouri.

1. Plaintiff Mary Montgomery is a female resident of Buchanan County, Missouri. She is 69 years old.

2. Defendant City of Saint Joseph, Missouri, is a municipal corporation organized under the laws of the state of Missouri, registered to do business in the state of Missouri and headquartered and transacting business in Buchanan County, Missouri, and may be served at the above address

3. This case arises under the Age Discrimination in Employment Act, 29 USC 621, et seq., making jurisdiction appropriate in this court.

Electronically Filed - Buchanan - November 20, 2020 - 01:57 PM

4. Defendant subjected plaintiff to age discrimination during her employment by eliminating her position, transferring her, and thereafter terminating her employment in the new position shortly after she started.

5. At all times relevant to this action, Defendant have each employed 15 or more employees and are therefore employers as defined in Title VII.

6. Defendant committed the tortious actions described herein in Buchanan County, Missouri, such that venue is proper in this court.

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) and the Missouri Commission on Human Rights (MCHR) against Defendants within 180 days of the unlawful employment practices complained of herein.

8. The EEOC issued a Notice of Right to Sue on her charge of discrimination against Defendants and this action is timely filed.

9. Plaintiff timely complied with all administrative prerequisites prior to filing this lawsuit.

10. Plaintiff was hired by Defendants in 2008. Plaintiff performed her job to the best of her ability and satisfactorily met the legitimate job expectations of defendant during her employment.

## COUNT I -- AGE DISCRIMINATION

11. Plaintiff incorporates by reference the preceding paragraphs of this petition.

12. Plaintiff was subjected to unfair and unequal treatment because of her age, culminating her unlawful termination at age 68.

13. During her employment, plaintiff was subjected to repeated questions about her age, questions about her perceived ability to continue working and questions about her retirement date.

14. Defendant claimed to eliminate plaintiff's position in the spring of 2019. But younger employees performed her duties thereafter.

15. Plaintiff was transferred to a new position, but was not given proper training or time to become completely learn the new role.

16. Plaintiff was unfairly criticized for her performance because of her age and was treated less favorably than similarly situated younger employees.

17. But for plaintiff's age, she would not have been subjected to these actions; in other words, plaintiff's age was a motivating factor in the harassment.

18. Upon information and belief, plaintiff's job duties were assumed by one or more younger employees after her termination.

19. The stated reasons for the termination reason are pretextual; they

are not true and are not truly the motivating or determining or "but for" factors in the termination.

20. As a direct and proximate result of Defendant's unlawful employment practices described herein, Plaintiff sustained damages in the form of lost.

21. Defendant's conduct was willful because it knew age discrimination was against the law yet it engaged in intentional age discrimination.

WHEREFORE, Plaintiff Mary Montgomery prays for judgment against Defendant City of Saint Joseph, Missouri, lost salary, liquidated damages, attorney's fees and costs incurred herein, and for such other relief as the court deems just and proper including reinstatement or other equitable relief.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

**THORNBERRY BROWN, LLC**

By: /s/Stephen C. Thornberry
Stephen C. Thornberry     MO# 44354
s*teve@ThornberryBrown.com*
Randall W. Brown         MO# 43805
*randy@ThornberryBrown.com*
4550 Main Street, Suite 205
Kansas City, Missouri 64111
(816) 531-8383 *telephone*
(816) 531-8385 *facsimile*
ATTORNEYS FOR PLAINTIFF

5



# IN THE 5TH JUDICIAL CIRCUIT, BUCHANAN COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division: KATE H SCHAEFER | Case Number: 20BU-CV04286 |
| Plaintiff/Petitioner: MARY MONTGOMERY vs. | Plaintiff's/Petitioner's Attorney/Address STEPHEN C. THORNBERRY 4550 MAIN STREET STE 205 KANSAS CITY, MO 64111 |
| Defendant/Respondent: CITY OF ST JOSEPH, MISSOURI | Court Address: BUCHANAN CO COURTHOUSE 411 JULES ST SAINT JOSEPH, MO 64501 **STATUS REVIEW HEARING DATE: 2-18-21 @ 9:00 AM, DIV 1** |
| Nature of Suit: CC Other Tort | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** CITY OF ST JOSEPH, MISSOURI
    Alias:
SERVE CITY ATTORNEY BRYAN CARTER
1100 FREDERICK AVE
SAINT JOSEPH, MO 64501

*COURT SEAL OF BUCHANAN COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

_Friday, November 20, 2020_          _/s/K. DOBOSZ, Deputy Clerk_
Date                                                        Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. JOSEPH), MO, on _____ (date) at _____ (time).

_____                              _____
Printed Name of Sheriff or Server                      Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
*(Seal)*
My commission expires: _____    _____
                                        Date                       Notary Public

**Sheriff's Fees, if applicable**
Summons                    $_____
Non Est                    $_____
Sheriff's Deputy Salary
Supplemental Surcharge     $____10.00____
Mileage                    $_____ (_____ miles @ $._____ per mile)
**Total**                  $_____
A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 20-SMCC-722    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:21-cv-06003-SRB  Document 1-1  Filed 01/06/21  Page 6 of 6



# IN THE 5TH JUDICIAL CIRCUIT, BUCHANAN COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>KATE H SCHAEFER | Case Number: 20BU-CV04286 |
| Plaintiff/Petitioner:<br>MARY MONTGOMERY<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>STEPHEN C. THORNBERRY<br>4550 MAIN STREET STE 205<br>KANSAS CITY, MO 64111 |
| Defendant/Respondent:<br>CITY OF ST JOSEPH, MISSOURI | Court Address:<br>BUCHANAN CO COURTHOUSE<br>411 JULES ST<br>SAINT JOSEPH, MO 64501<br>**STATUS REVIEW HEARING DATE: 2-18-21**<br>**@ 9:00 AM, DIV 1** |
| Nature of Suit:<br>CC Other Tort | |

FILED 2020 DEC 10 AM 9:22 OFFICE OF CLERK OF BUCHANAN COUNTY CIRCUIT COURT

RECEIVED DEC 0 3 2020 BY: _____

## Summons in Civil Case

The State of Missouri to: CITY OF ST JOSEPH, MISSOURI
Alias:
SERVE CITY ATTORNEY BRYAN CARTER
1100 FREDERICK AVE
SAINT JOSEPH, MO 64501

**COURT SEAL OF BUCHANAN COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

Friday, November 20, 2020      /s/K. DOBOSZ, Deputy Clerk
Date                           Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: Jason Soper (name) Assistant City Attorney (title).
☐ other: _____.
Served at 1100 Fredrick St Joseph Missouri (address)
in Buchanan (County/City of St. JOSEPH), MO, on 12/9/2020 (date) at 1:14 (time).

Dep Mearle Donaldson
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____
                       Date           Notary Public

**Sheriff's Fees, if applicable**
Summons        $ 
Non Est        $ 
Sheriff's Deputy Salary
Supplemental Surcharge   $ 10.00
Mileage        $ ___ ( ___ miles @ $ ___ per mile)
Total          $ 40

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 20-SMCC-722   1 of 1   Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo