# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARY MONTGOMERY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF ST. JOSEPH, MISSOURI,<br><br>　　　　　Defendant. | Case No. 5:21-cv-06003 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Defendant City of St. Joseph, Missouri, ("Defendant"), and Plaintiff Mary Montgomery, through the undersigned counsel, and hereby stipulate and agree that this case, having been fully settled and compromised, may be and is hereby dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted,

**BATY OTTO CORONADO PC**

/s/ Steven F. Coronado
_____
Steven F. Coronado　　　　MBN 36392
Bretton W.H. Kreifel　　　　KS-001136
One Main Plaza
4435 Main Street, Suite 1100
Kansas City, MO 64111
Telephone:　(816) 531-7200
Facsimile:　(816) 531-7201
scoronado@batyotto.com
bkreifel@batyotto.com
ATTORNEYS FOR DEFENDANT

1

THORNBERRY BROWN LLC

/s/ Stephen C. Thornberry
---
| Stephen C. Thornberry | MBN 44354 |
| Randall W. Brown | MBN 43805 |

4550 Main St., Suite 205
Kansas City, MO 64111
Telephone: (816) 531-8383
Fax: (816) 531-8385
steve@thornberrybrown.com
randy@thornberrybrown.com
ATTORNEYS FOR PLAINTIFF